# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CLAYTON DEAN MORRISON**                                                        **PLAINTIFF**

**V.**                     **CASE NO. 4:18-CV-402-BRW-BD**

**LINGO, et al.**                                                                **DEFENDANTS**

## ORDER

On June 14, 2018, Clayton Dean Morrison, who is being held in the Hot Spring County Jail, filed a complaint (docket entry #2) under 42 U.S.C. § 1983. All of Mr. Morrison's claims arose while he was in the Hot Spring County Jail, and all claims are against officers at the Hot Spring County Jail.

The Hot Spring County Jail is located in Malvern, Arkansas, which lies in the Western District of Arkansas. The interests of justice, therefore, would best be served by transferring this case to that District, under 28 U.S.C. ' 1406(a).

The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, United States Courthouse, 100 Reserve Street, Room 347, Hot Springs, Arkansas, 71901-4143.

IT IS SO ORDERED, this 26th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE